# MEMORANDA.

Cases designated by the Court not to be reported.

## WILLIAM E. SNYDER *vs.* MARY S. SNYDER.

*Wills; devise of lands; powers of disposition annexed.*

A testator gave all his property to his wife, "to control and manage in every particular; that is to say, to sell a part or any part of the whole should it become necessary or advisable in her best judgment, or I further wish and desire my said beloved wife to make a last will wherein such a division of our estate shall be made for our children as in her best judgment will be just and proper." *Held,* that the latter clause was apparently intended to mean that such will should be made in the event of the testator's wife not selling the property, but if the word "or" be construed as meaning "and" the clause is merely an expression of a wish on the part of the testator, and that consequently the wife had unrestricted power to sell and convey any part of the estate.

Appeal from the Circuit Court of Howard County (FOR-SYTHE, J.).

The opinion by BOYD, C. J., was filed November 16, 1910.

Submitted for the appellant on brief by *Joseph L. Donovan,* and argued by *James Clark,* for the appellee.